UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOBBY JOE LYONS,<br><br>            Plaintiff,<br><br>   v.<br><br>JAMES KEY, DONNA BYRNUS, MARK SHODAHL, MICHAEL MATTERN, and SGT RODRIGUEZ,<br><br>            Defendants. | NO: 2:21-CV-0263-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Motion to Withdraw Complaint. ECF No. 8. Plaintiff has not paid the filing fee. 28 U.S.C. § 1915. Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action in this matter are **DISMISSED** without prejudice and without costs or fees to any party.

All pending motions are **DENIED**.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

1  The District Court Executive is directed to enter this Order and Judgment of

2  Dismissal, furnish copies to Plaintiff, and **CLOSE** the file.

3  **DATED** October 13, 2021.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2