# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| BOBBY JOE LYONS,<br>*Plaintiff*<br>v.<br>JAMES KEY, DONNA BYRNUS, MARK SHODAHL,<br>MICHAEL MATTERN, and SGT RODRIGUEZ,<br>*Defendant* | Civil Action No.  2:21-CV-0263-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  All claims and causes of action in this matter are DISMISSED without prejudice and without costs or fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE

    on Plaintiff's Motion to Withdraw Complaint. ECF No. 8.

Date:  October 13, 2021

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
    *(By) Deputy Clerk*

Linda L. Hansen